AO 257 (Rev. 6/78)

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Imprisonment: 20 years
Fine: $250,000
Supervised release: 3 years
Special assessment: $100

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

**DEFENDANT - U.S**

▶ JOSE JAVIER MEJIA-GUTIERREZ

DISTRICT COURT NUMBER
**CR08-484 DLJ**

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.
08-70438 WDB

Name and Office of Person Furnishing Information on this form  JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  JAMES C. MANN, AUSA

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge
5) ☐ On another conviction  } ☒ Federal  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed

DATE OF ARREST ▶  Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

E-filing

# United States District Court
## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

### VENUE: OAKLAND



FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

---

UNITED STATES OF AMERICA,

V.

CR08-484  DLJ

JOSE JAVIER MEJIA-GUTIERREZ,
a/k/a Marcus Hernandez Ramirez,
a/k/a Marco Espinoza Cardona,
a/k/a Luis Aves,

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States

A true bill.

_____ Foreman

Filed in open court this __23RD__ day of __JULY 2008__.

_____ Clerk

Bail, $ __No process__.

7/23/08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney



FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No.: CR08-484 DLJ |
| Plaintiff, ) | |
| v. ) | VIOLATION: 8 U.S.C. §§ 1326(a) and (b) -- Deported Alien Found In United States |
| JOSE JAVIER MEJIA-GUTIERREZ, ) a/k/a Marcus Hernandez Ramirez, ) a/k/a Marco Espinoza Cardona, ) a/k/a Luis Aves, ) | OAKLAND VENUE |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges:

   1.   Prior to January 31, 2008, defendant JOSE JAVIER MEJIA-GUTIERREZ was convicted of at least one felony crime punishable by a term of imprisonment exceeding one year.

   2.   On or about September 22, 2004, May 9, 2005, September 20, 2006, July 10, 2007, and January 31, 2008, defendant JOSE JAVIER MEJIA-GUTIERREZ was removed, excluded, and deported from the United States.

   3.   After January 31, 2008, defendant JOSE JAVIER MEJIA-GUTIERREZ knowingly and voluntarily reentered and remained in the United States.

INDICTMENT

4. On or about June 30, 2008, in the Northern District of California, the defendant,

JOSE JAVIER MEJIA-GUTIERREZ,
a/k/a Marcus Hernandez Ramirez,
a/k/a Marco Espinoza Cardona,
a/k/a Luis Aves,

an alien, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission into the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b).

DATED:   July 23, 2008            A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch


(Approved as to form: _____ )
                              AUSA J.C. MANN

INDICTMENT                                       2