**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  August 8, 2008

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                                                       **No.** CR-08-00484-DLJ

**Defendant:** Jose Javier Mejia-Gutierrez[present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:** <u>Ines Swaney- Spanish Interpreter</u>

**Probation Officer:**

| Reason for Hearing: | Ruling: |
|---|---|
| SETTING/STAT | -HELD |

**Notes:**

**Case Continued to**   8/29/08 AT 9:00AM    for  STAT OR CHANGE OF PLEA

**Case Continued to:**           for
**Case Continued to:**           for
**Motions to be filed by:**       **Opposition Due:**

**Case Continued to**                          for Pretrial Conference

**Case Continued to**         for              Trial

**Excludable Delay: Category: Begins:**  8/8/08        **Ends:** 8/29/08