UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE D. LOWELL JENSEN**
Date:  8/29/08

**Clerk:** Frances Stone
**Court Reporter:** RAYNEE MERCADO

**Plaintiff:**  United States

**v.**                                                          **No.** CR-08-00484-DLJ

**Defendant:** Jose Javier Mejia- Gutierrez [present; in custody; spanish interpreter]

**Appearances for AUSA:** James Mann

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**  Carole Glasser- Spanish Interpreter

**Probation Officer:**

**Reason for Hearing:**              **Ruling:**
STATUS                                         -HELD
**Change of Plea- Not Held**

**Notes:**

**Case Continued to**   9/19/08 at 9:00AM   for  Status or Change of Plea

**Case Continued to:**          for
**Case Continued to:**          for
**Motions to be filed by:**     **Opposition Due:**

**Case Continued to**                        for Pretrial Conference

**Case Continued to**         for            Trial

**Excludable Delay: Category: Begins:**   8/29/08   **Ends:** 9/19/08