1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant MEJIA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 08-00484 DLJ |
| Plaintiff, | ) | |
| | ) | STIPULATION AND |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | DATE |
| | ) | |
| JOSE MEJIA-GUTIERREZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the sentencing date in this case, previously set for November 7, 2008 at 10:00 a.m., before Honorable Judge D. Lowell Jensen may be continued to November 21, 2008, at 10:00 a.m. for sentencing. The reason for the request is that the defense counsel needs additional time to review the presentence report with Mr. Mejia-Gutierrez with the assistance of an interpreter. Mr. Mejia-Gutierrez is currently housed at the Federal Detention Center in Dublin, California and counsel was unable to meet with him with the assistance of an interpreter prior to Friday's appearance. Counsel is setting up the interview for next

*U.S. v. Mejia-Gutierrez*, CR 08-00484 DLJ;
Stipulation to Continue Sentencing          - 1 -

week. In addition, defense counsel spoke with United States Probation Officer Jessica Goldsberry who is unavailable should the matter be continued one week to November 14, 2008, but is available on November 21, 2008 should the matter be continued to that date.

DATED: November 15, 2008          /s/
                                  _____
                                  JOYCE LEAVITT
                                  Assistant Federal Public Defender

DATED: November 15, 2008          /s/
                                  _____
                                  JAMES MANN
                                  Assistant United States Attorney

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

# ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the sentencing date in this case, previously set for November 7, 2008 at 10:00 a.m., before Honorable Judge D. Lowell Jensen may be continued **to November 21, 2008, at 10:00 a.m.**

SO ORDERED.

DATED:   November 5, 2008         _____
                                  D. LOWELL JENSEN
                                  United States District Judge

*U.S. v. Mejia-Gutierrez*, CR 08-00484 DLJ;
Stipulation to Continue Sentencing          - 2 -